IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GENE LEGRAND HICKMAN, JR., | )<br>) |
| Petitioner, | )<br>) |
| v. | ) 1:23CV142<br>) 1:20CR414-1 |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner convicted in this District, submitted a Letter in which he contends that the United States Bureau of Prisons is not in compliance with the Judgment in his criminal case based on its collection of monetary penalties. This is an attack on the execution of his sentence. Where a petitioner is attacking the execution and not imposition of a sentence, his petition is properly before the court pursuant to 28 U.S.C. § 2241. See, e.g., Youngworth v. United States Parole Commission, 728 F. Supp. 384, 388 (W.D.N.C. 1990). Therefore, the Court construed Plaintiff's filing as being such a Petition. Further, in a § 2241 action, the petition should be filed in the district court of the district where the petitioner is in custody. Id. (citing Braden v. 30th Judicial Circuit, 410 U.S. 484, 495-500 (1973)). Accordingly, this Petition cannot be further processed because it appears that Petitioner is incarcerated in the District of New Jersey. This particular Petition should be dismissed, but without prejudice to Petitioner filing a new petition in the proper district after exhausting any available administrative remedies within the Bureau of Prisons. Petitioner should seek the

proper forms from the Clerk of that district and file the new petition there. The address for the Clerk in the New Jersey is: Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, NJ 08608.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition in the proper district.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Petitioner filing in the proper district after exhausting any available administrative remedies.

This, the 16th day of February, 2023.

/s/ Joe L. Webster
Joe L. Webster
United States Magistrate Judge